```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                              Case No. 18-31746-jpg
Lawrence H. Niekamp                                                 Chapter 7
Elizabeth M. Niekamp
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0647-3          User: admin              Page 1 of 2         Date Rcvd: Jun 04, 2018
                              Form ID: 309A            Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2018.
```
db/db       +Lawrence H. Niekamp,    Elizabeth M. Niekamp,    107 North Hanover St.,    Minster, OH 45865-1010
25486259     Citi Cards,   P.O. Box 9001037,    Louisville, KY 40290-1037
25486260    +Citi Cards,   Attn: Bankruptcy Corresp.,    6716 Grande Lane,    Building 9, Suite 910,
              Louisville, KY 40213-3410
25486261     Columbus Radiology Corporation,    Attn: Bankruptcy Corresp.,    P.O. Box 714563,
              Cincinnati, OH 45271-4563
25486266     Discover,   P.O. Box 742655,    Cincinnati, OH 45274-2655
25486265     Discover,   Attn: Bankruptcy,    P.O. Box 30421,    Cincinnati, OH 45274-2655
25486267    +Eagle Loan Company of Ohio Inc.,    1256 Bellefontaine Street,    Wapakoneta, OH 45895-9775
25486268   ++++GRAND LAKE PHYSICIAN PRACTICES,    ATTN: BANKRUPTCY CORRESP.,    PO BOX 44862,
              MIDDLETOWN OH  45044-0862
             (address filed with court: Grand Lake Physician Practices,    Attn: Bankruptcy Corresp.,
              P.O. Box 44862,    Middletown, OH 45044-0862)
25486269     Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
25486270    +Joint Twp. Dist. Memorial Hosp.,    Attn: Bankruptcy Corresp.,    200 Saint Clair Ave.,
              Saint Marys, OH 45885-2494
25486272    +Lending Club,   Attn: Bankruptcy Dept.,    71 Stevenson Street,    Suite 1000,
              San Francisco, CA 94105-2967
25486274     Menards- Capital One Retail Service,    P.O. Box 7680,    Carol Stream, IL 60116-7680
25486275     Mercer Health,   830 W. Main St.,    Coldwater, OH 45828-1657
25486276     Mohela,   633 Spirit Drive,    Chesterfield, MO 63005-1243
25486277     Ohio Department of Taxation,    Attn: Bankruptcy,    P.O. Box 1460,    Columbus, OH 43216-1460
25486282     Union Plus-Capital One, N.A.,    P.O. Box 71087,    Charlotte, NC 28272-1087
25486283     Wells Fargo Financial National Bank,    P.O. Box 71118,    Charlotte, NC 28272-1118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: qlaw@ureach.com Jun 04 2018 22:00:10     Quentin M. Derryberry, II,    PO Box 2056,
              15 Willipie Street Suite 220,    Wapakoneta, OH  45895
tr          +EDI: QWLSWOPE.COM Jun 05 2018 01:43:00      William L. Swope,    610 Tiffin Avenue,
              Findlay, OH 45840-5718
ust         +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jun 04 2018 22:00:37      Cynthia J. Thayer,
              US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
25486258     EDI: CHASE.COM Jun 05 2018 01:43:00      Chase - Cardmember Service,    P.O. Box 94014,
              Palatine, IL 60094-4014
25486262     EDI: WFNNB.COM Jun 05 2018 01:43:00      Comenity-Christopher And Banks,    P.O. Box 659728,
              San Antonio, TX 78265-9728
25486263     EDI: RCSFNBMARIN.COM Jun 05 2018 01:43:00      Credit One Bank,    P.O. Box 60500,
              City of Industry, CA 91716-0500
25486264     EDI: IRS.COM Jun 05 2018 01:43:00      Department of the Treasury,    Internal Revenue Service,
              Kansas City, MO 64999-1010
25486271     EDI: CBSKOHLS.COM Jun 05 2018 01:43:00      Kohl’s Payment Center,    P.O. Box 2983,
              Milwaukee, WI 53201-2983
25486273     EDI: CHASE.COM Jun 05 2018 01:43:00      Marriott Rewards Cardmember Service,    P.O. Box 94014,
              Palatine, IL 60094-4014
25488886    +EDI: PRA.COM Jun 05 2018 01:43:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
25486278    +E-mail/Text: bankruptcyteam@quickenloans.com Jun 04 2018 22:02:04      Quicken Loans,
              1050 Woodward Avenue,    Detroit, MI 48226-1906
25486279     E-mail/Text: processing@keybridgemed.com Jun 04 2018 22:02:08      Revenue Management Group,
              P.O. Box 747,    Lima, OH 45802-0747
25486280     E-mail/Text: bankruptcy@trfcu.org Jun 04 2018 22:02:05      Three Rivers Federal Credit Union,
              Attn: Bankruptcy,    1615 Northland Blvd.,    Fort Wayne, IN 46825
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
25486281*    U.S. Dept. of Treasury IRS,    Kansas City, MO 64999-0010
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2018 at the address(es) listed below:
          Quentin M. Derryberry, II    on behalf of Debtor Lawrence H. Niekamp qlaw@ureach.com,
           qdlawfirm@gmail.com
          Quentin M. Derryberry, II    on behalf of Debtor Elizabeth M. Niekamp qlaw@ureach.com,
           qdlawfirm@gmail.com
          William L. Swope    trustee7@sbcglobal.net,  wswope@ecf.epiqsystems.com
                                                                                TOTAL: 3
```

|  | **Information to identify the case:** | | Social Security number or ITIN | xxx–xx–1671 |
|---|---|---|---|---|
| Debtor 1 | Lawrence H. Niekamp | | EIN | _ _–_ _ _ _ _ _ _ |
| | First Name  Middle Name  Last Name | | | |
| Debtor 2 | Elizabeth M. Niekamp | | Social Security number or ITIN | xxx–xx–5459 |
| (Spouse, if filing) | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | | Date case filed for chapter 7 | 5/31/18 |
| Case number: | 18–31746–jpg | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Lawrence H. Niekamp | | Elizabeth M. Niekamp |
| 2. | **All other names used in the last 8 years** | | | aka Betty Niekamp |
| 3. | **Address** | 107 North Hanover St.<br>Minster, OH 45865 | | 107 North Hanover St.<br>Minster, OH 45865 |
| 4. | **Debtor's attorney**<br>Name and address | Quentin M. Derryberry II<br>PO Box 2056<br>15 Willipie Street Suite 220<br>Wapakoneta, OH 45895 | | Contact phone 419–738–3217<br><br>Email: qlaw@ureach.com |
| 5. | **Bankruptcy trustee**<br>Name and address | William L. Swope<br>610 Tiffin Avenue<br>Findlay, OH 45840–3336 | | Contact phone (419) 422–0288<br><br>Email: trustee7@sbcglobal.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | United States Bankruptcy Court 1716 Spielbusch Ave Room 411 Toledo, OH 43604 | Hours open 9:00 AM – 4:00 PM Contact phone 419–213–5600 Date: 6/4/18 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 30, 2018 at 09:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Valid photo identification required *** *** Proof of Social Security Number required *** | Location: **401 W. North Street, Room 260, Lima, OH 45801** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/28/18** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **2**